# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:18-CV-03385-MDH |
| ) | |
| VICTOR SIEGRIST, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's Motion for Conditional Release. (Doc. 40). Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the government's motion was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b).

The Magistrate Judge has submitted a report and recommendation to the undersigned. (Doc. 42). Defendant has stated his agreement with the Report and Recommendation and waived the statutory 14 day waiting period in which to file exceptions. (Doc. 41). Therefore, the matter is ripe for review. After a review of the record before the Court, the Court agrees with the report and recommendation issued by the United States Magistrate Judge, and in accordance with such:

**IT IS HEREBY ORDERED** that the report and recommendation (Doc. 42) of the United States Magistrate Judge is **ADOPTED** and that the Government's Motion for Conditional Release (Doc. 40) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant be, and is hereby, conditionally released pursuant to Title 18 U.S.C. § 4246(e) under the following conditions:

1

1. Defendant shall reside at New Beginning Sanctuary, a sober living home in Joplin, Missouri. There are three homes in Joplin so he will reside at whichever one has an opening at the time of his release. The contact person is Rachel Davidson at (417) 233-5999. He shall remain at said residence at the direction of U.S. Probation Officer. Any change from this residence, including the people he lives with, must be approved by the U.S. Probation Officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, he must notify the probation officer within 72 hours of becoming aware of a change or expected change.

2. Defendant must report to the probation office in the federal judicial district where he is authorized to reside within 72 hours of his release from imprisonment, unless the probation officer instructs him to report to a different probation office or within a different timeframe.

3. After Defendant initially reports to the probation office, he will receive instructions from the court or the probation officer about how and when he must report to the probation officer, and he must report to the probation officer as instructed.

4. Defendant must not knowingly leave the federal judicial district where he is authorized to reside without first getting permission from the court or the probation officer.

5. Defendant must allow the probation officer to visit him at any time at his home or elsewhere, and he must permit the probation officer to take any items prohibited by the conditions of his supervision that he or she observes in plain view.

6. Defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

7. If the probation officer determines that Defendant poses a risk to another person (including an organization), the probation officer may require him to notify the person about the risk

and he must comply with that instruction. The probation officer may contact the person and confirm that he has notified the person about the risk.

8. Defendant will refrain from the use of alcohol and illegal drug usage, as well as the abuse of over-the-counter medications. He will not unlawfully possess a controlled substance and he must successfully participate in any outpatient or inpatient substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.

9. Defendant will submit his person and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. Defendant will warn any other residents that the premises may be subject to searches pursuant to this condition.

10. Defendant will actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He will follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended. He will pay any associated costs, as directed by the Probation Office.

11. Defendant will continue to take his medications, including injectable units, as prescribed for him by the medical provider.

12. Defendant will waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

13. Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or lasers).

14. Defendant will not commit a federal, state, or local crime, and he will notify his U.S. Probation Officer, within 72 hours, if he is arrested or questioned by any law enforcement officer. He will not associate with any person who engages in criminal activity or has been convicted of a felony, unless granted permission to do so, from his U.S. Probation Officer.

15. Defendant must follow the instructions of the probation officer related to the conditions of supervision. Annual reports will be written by the U.S. Probation Office regarding the status of Defendant's conditional release. The report should be submitted to the Legal Department at USMCFP Springfield, Missouri, for filing with the Court.

16. Defendant will work full time, at least 30 hours per week, at a lawful type of employment, unless the probation officer excuses you from doing so. If he does not have full-time employment, he must try to find full-time employment, unless the probation officer excuses him from doing so. If he plans to change where he works or anything about his work (such as your position or your job responsibilities), he must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, he must notify the probation officer within

4

Case 6:18-cv-03385-MDH   Document 43   Filed 07/30/20   Page 4 of 5

72 hours of becoming aware of a change or expected change. Defendant will comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, he may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer. Upon validating Defendant's Social Security benefit, this condition can be waived by the U.S. Probation Officer.

**IT IS SO ORDERED**.

DATED: July 30, 2020

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**